USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERIK FORMAN,

                Plaintiff,

    -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-----------------------------------------------------------x

ORDER

19 Civ. 8156 (AT) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       As of 4:30 p.m. today, plaintiff Erik Forman failed to appear for the conference scheduled for today at 4:00 p.m. The Court notes that it was informed by the Pro Se Office at 4:37 p.m. that the plaintiff had called and was prepared to arrive in 15 minutes. Counsel for plaintiff, however, had left the Courthouse by that time.

       Plaintiff is directed to file by November 26, 2019, a letter explaining his failure to appear on time.

       The Court notes that at the conference the defendants expressed their intention to move for a stay of discovery. Any such motion is due November 26, 2019. Any response by plaintiff must be filed by December 6, 2019. Any reply by defendants is due December 13, 2019.

Dated: New York, New York
        November 19, 2019

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge