UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ERIK FORMAN,                                                :
                                                            :
                        Plaintiff,                          :      ORDER FOR CONFERENCE
                                                            :      PURSUANT TO RULE 16
        -v.-                                                :
                                                            :      19 Civ. 8156 (AT) (GWG)
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION, et al.,                                          :
                                                            :
                        Defendants.                         :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The motion to stay discovery (Docket # 19) is granted in part and denied in part. Discovery shall proceed on the assumption that the plaintiff will be permitted to assert a claim only for acts of retaliation occurring on or after August 30, 2016.

An initial conference in the case shall take place on Thursday, January 16, 2020, at 4:30 p.m., in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. All parties must appear at this conference and should arrive prior to the scheduled time so that the conference may begin promptly.

<u>Upon receipt of this order, each party is directed to confer with all other parties on the case to be sure that all parties, or their attorneys, have received a copy of this order</u>. This conference is being held pursuant to Rule 16 of the Federal Rules of Civil Procedure. The parties should also be aware of the requirement to make certain disclosures to the other side as set forth in Rule 26(a)(1).

At the conference, the parties must be prepared to discuss the following subjects:

1.      the issues in the case;

2.  the deadline by which the parties may move to amend the pleadings or join any other parties;

3.  the deadline for requests for documents and interrogatories;

4.  dates by which the disclosures of the identities and reports of experts, if any, required by Rule 26(a)(2) will be made, and the date by which depositions of such experts shall be completed;

5.  the date by which all discovery must be completed;

6.  the date by which pretrial motions, if any, will be filed;

7.  the date by which the parties will submit a joint pretrial order in accordance with procedures of the judge before whom the trial will be conducted;

8.  any limitations to be placed on discovery, including any protective or confidentiality orders;

9.  any discovery issues as to which the parties, after a good faith effort, have been unable to reach an agreement; and

If a party wants to change the date of this conference, he or she must make the request by letter to the undersigned <u>within one week of this notice</u> (unless an emergency requires otherwise). Prior to sending the request for a change in date, the party making the request must contact the Deputy Clerk ((212) 805-4260) to determine an alternative date for which the Court is available for a rescheduled conference. The party must then write a letter to the Court that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for an alternative date for the conference (as provided by the Deputy Clerk) for which all parties are available.

Copies of all letters to the Court must be sent to the other side. For the parties' information, the Court's Individual Rules are posted at: http://www.nysd.uscourts.gov/judges.htm. Also, the Pro Se Office at the United States

Courthouse, 40 Foley Square, Room 105, New York, New York ((212) 805-0175) may be of assistance to pro se litigants in connection with court procedures.

Dated: New York, New York
December 19, 2019

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Erik Forman
2400 Davidson Avenue
#A23
Bronx, NY 10468