UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                :

ERIK FORMAN,                                                 :

                                      Plaintiff,             :                  19-CV-8156 (JPC)
                       -v-                             :
                                                                  :                    <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION  :
et al.,                                                          :

                                   Defendants            :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 19, 2021, Plaintiff filed a letter requesting that the Court (1) reopen discovery in two limited respects and (2) permit him until January 25, 2021 to submit a revised opposition to Defendants' motion for summary judgment that conforms with the Court's 25-page limit for such filings. (Dkt. 54.) With respect to his discovery request, Plaintiff contends that he only recently discovered that Defendants provided him with a subset of email discovery that was inappropriately limited in scope, and that Defendants have withheld Incident Reports and Witness Statements relevant to his case. (*Id.*) Plaintiff states that Defendants do not consent to reopening discovery, but that they do consent to allowing him additional time to file an Amended Opposition. (*Id.*) On January 20, 2021, Defendants submitted a letter-motion requesting until February 8, 2021 to submit their reply brief to Plaintiff's opposition to summary judgment. (Dkt. 55.) Defendants do not address Plaintiff's request to reopen discovery in that letter-motion.

      While the Court will allow the parties additional time to submit briefing in connection with Defendants' summary judgment motion, it is hereby ORDERED that Defendants shall respond to the discovery issues outlined in Plaintiff's letter by January 25, 2021. Following receipt of Defendants' response, the Court intends to resolve Plaintiff's request to reopen discovery, after

which the Court will set a deadline for Plaintiff's opposition to summary judgment and Defendants'

reply.

      SO ORDERED.

Dated: January 21, 2021
       New York, New York
                                                JOHN P. CRONAN
                                        United States District Judge