UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                 :

ERIK FORMAN,                                       :

                       Plaintiff,          :      19-CV-8156 (JPC)
      -v-                                   :
                                             :      <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION  :
et al.,

                    Defendants          :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 2, 2021, the Court held a conference on Plaintiff's motion to reopen discovery. (Dkt. 54.) During that conference, the Court granted in part and denied in part the motion to reopen. Specifically, the Court ordered Defendants to conduct a search of any of the named Defendants' emails after September 30, 2016 which contained "Erik Forman," "Forman," "1457728," or "0888076," and to produce any correspondence between the named Defendants and the schools to which Forman applied or concerning such applications for employment. The Court denied Plaintiff's request to reopen discovery as to the incident reports and witness statements.

      The Court further stayed briefing on the motion for summary judgment to allow Defendants to conduct the aforementioned search. In the event that Defendants produce additional documents, Plaintiff shall refile his opposition to the motion for summary judgment by March 18, 2021, and Defendants shall file their reply by April 4, 2021. In the event that Defendants have no additional documents to produce, Defendants shall submit a letter to the Court, after which the Court will reconsider the briefing schedule.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 4, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge