UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIK FORMAN,

                     Plaintiff,

      -against-                                        19 **CIVIL** 8156 (JPC)

                                                                 **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2022

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                         **BY:**              *K. Mango*
                                                       _____
                                                         **Deputy Clerk**